UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10279-RGS

JESSICA DUBUISSON

v.

TUFTS MEDICAL CENTER, INC.

ORDER

April 20, 2021

On February 18, 2021, Jessica Dubuisson ("Dubuisson") filed a *pro se* complaint with an Application to Proceed in District Court Without Prepaying Fees or Costs. *See* Docket Nos. 1-2. On February 22, 2021, she filed a Motion to Request a Judge. *See* Docket No. 4.

By Order dated March 15, 2021, Plaintiff's motions were denied and she was ordered either to pay the $402 filing fee or file a renewed Application to Proceed in District Court Without Prepaying Fees or Costs. *See* Docket No. 5. The Order advised Plaintiff that failure to timely comply will result in dismissal of the action without prejudice.

On March 29, 2021, an envelope with a copy of the Court's Order was returned to the Court as undeliverable. *See* Docket No. 6. Apparently, Plaintiff is no longer at the address that she provided the Court. She failed

to inform the Court of her new address as required under this Court's local rules. *See* District of Massachusetts Local Rule 83.5.5(h) (requiring *pro se* litigants to inform the clerk of any change of address within 14 days of the change).

The Supreme Court has recognized that district courts have inherent power to dismiss cases for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

The fact that Plaintiff has not kept the Court advised of her current address suggests that she may have decided not to press her claim. The Court is not required to delay disposition in this case until such time as Plaintiff decides to comply with the requirement of providing her current address.

Accordingly, it is hereby Ordered that this action is DISMISSED without prejudice. The clerk shall enter a separate order of dismissal.

                                        SO ORDERED.

                                        /s/ Richard G. Stearns
                                        UNITED STATES DISTRICT JUDGE